# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202200080 |
| *Appellee* | |
| | **Panel 3** |
| v. | |
| | **ORDER** |
| **Cameron J. RICHARDS, JR.,** | |
| Lance Corporal (E-3) | *Granting Appellant's Motion* |
| U.S. Marine Corps | *to Withdraw Case from* |
| *Appellant* | *Appellate Review* |

Upon consideration of Appellant's Motion to Withdraw Case from Appellate Review, filed on 8 June 2022, we have determined that Appellant's request was properly executed and submitted, and is in substantial compliance with Article 61, Uniform Code of Military Justice, 10 U.S.C. § 861, and Rule for Courts-Martial 1115.

Accordingly, it is, by the Court, this 28th day of June 2022,

**ORDERED:**

(1) That Appellant's Motion to Withdraw Appellate Review is **GRANTED**.

(2) That the record of trial is returned to the Judge Advocate General for appropriate disposition.

FOR THE COURT:

KYLE D. MEEDER
Clerk of Court

Copy to:
NMCCA; 45 (LT Grunert); 46; 02